1  MAKAREM & ASSOCIATES, APLC
   Ronald W. Makarem, Esq. (SB #180442)
2  Jean-Paul Le Clercq, Esq. (SB#248818)
   11601 Wilshire Boulevard, Suite 2440
3  Los Angeles, California  90025-1760
4  Phone: (310) 312-0299; Fax: (310) 312-0296

5
   Michael H. Kim, Esq. (SB# 200792)
6  **LAW OFFICES OF MICHAEL H. KIM, PC**
   475 El Camino Real, Suite 309
7  Millbrae, California 94030
8  Phone: (650) 697-8899; Fax: (650) 697- 8896

9  Attorneys for Plaintiff JOHNNY WILLIAMS, Individually
10 and on behalf of all others similarly situated

11              UNITED STATE DISTRICT COURT
12         FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>HOL 'N JAM ENTERPRISES, LLC; CENTERPLATE, INC.; CENTERPLATE OF DELAWARE, INC.; and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO.: 3:14-cv-02967-VC<br><br>**STIPULATION TO CHANGE THE MOTION TO REMAND HEARING DATE FROM SEPTEMBER 18, 2014 TO SEPTEMBER 25, 2014;** ~~[PROPOSED]~~ **ORDER**<br><br>Date:  September 18, 2014<br>Time:  10:00 a.m.<br>Courtroom No.:  4 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is entered into by and between Plaintiff, by and through his attorney of record Makarem & Associates, and Defendants Volume Services America Corporation d/b/a Centerplate and Volume Services, Inc. d/b/a Centerplate

Printed on recycled paper                 -i-
STIPULATION TO CHANGE THE MOTION TO REMAND HEARING DATE

(collectively referred to herein as "Volume Services"), by and through their attorneys of record Barnes & Thornburg, LLP. This Stipulation is based on the following:

1. WHEREAS, Defendant Volume Services removed this case to federal court on June 26, 2014.

2. WHEREAS, Defendant Hol 'N Jam Enterprises, LLC has not formally appeared in this case as of the time of this stipulation.

3. WHEREAS, Plaintiff filed a Motion to Remand on July 25, 2014. A hearing on Plaintiff's Motion to Remand has been scheduled for September 18, 2014.

4. WHEREAS, Plaintiff and Defendant Volume Services had not met and conferred about the hearing date prior to the Motion for Remand being filed, as required by Judge Chhabria's Standing Order. The parties have now met and conferred and have agreed to request that the hearing date for Plaintiff's Motion to Remand be rescheduled to September 25, 2014.

5. WHEREAS, the Parties respectfully request that this Court change the hearing date for the Motion to Remand from September 18, 2014 to September 25, 2014.

///

///

///

1  IT IS HEREBY STIPULATED that the Parties jointly request this Court change the hearing date for the Motion to Remand from September 18, 2014 to September 25, 2014, or as soon thereafter as the Court finds convenient.

Dated: August 5, 2014

**MAKAREM & ASSOCIATES, APLC**
**MICHAEL H. KIM, PC**

By:  /s/ Jean-Paul Le Clercq /s/
     JEAN-PAUL LE CLERCQ
     Attorneys for Plaintiff
     Johnny Williams

Dated: August 5, 2014

**BARNES & THORNBURG LLP**

By:  /s/ Steve Hernandez /s/
     Attorneys for Defendants
     Volume Services America
     Corporation d/b/a Centerplate
     and Volume Services, Inc. d/b/a
     Centerplate

1
2
## [~~PROPOSED~~] ORDER

3    Having considered the Parties' Stipulation to Change the Motion to Remand
4    Hearing Date the Court finds good cause to grant the relief requested.
5    **IT IS HEREBY ORDERED** that the hearing date for Plaintiff's Motion to
6    Remand, currently scheduled for September 18, 2014, be rescheduled to
7    September 25, 2014.
8
9
10
11   Dated: August 7, 2014
12                                              HON. VINCE CHHABRIA
                                                SENIOR DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28