1  SCOTT J. WITLIN (SBN 137413)
   switlin@btlaw.com
2  STEVE L. HERNÁNDEZ (SBN 229065)
   shernandez@btlaw.com
3  TIFFANY L. KOENIG (SBN 274677)
   tkoenig@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:   310.284.3880
6  Facsimile:   310.284.3894

7  Attorneys for Defendants
   VOLUME SERVICES AMERICA CORPORATION d/b/a
8  CENTERPLATE and VOLUME SERVICES, INC. d/b/a
9  CENTERPLATE erroneously sued as
   CENTERPLATE, INC. and
10 CENTERPLATE OF DELAWARE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHNNY WILLIAMS,<br><br>                             Plaintiff,<br><br>     v.<br><br>HOL 'N JAM ENTERPRISES, LLC;<br>CENTERPLATE, INC.;<br>CENTERPLATE OF DELAWARE,<br>INC.; and DOES 1 through 100,<br>inclusive.<br><br>                             Defendants. | Case No.  3:14-cv-02967-VC<br><br>**[PROPOSED] ORDER AS MODIFIED**<br><br>Date:      September 25, 2014<br>Time:      10:00 a.m.<br>Location:  Courtroom 4 |
|---|---|

Case No. 3:14-cv-02967-VC

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER AS MODIFIED

Having considered the Request for Continuance of Filing Deadline for Opposition to Plaintiff's Motion to Remand filed by Defendants Volume Services America Corporation d/b/a Centerplate and Volume Services, Inc. d/b/a Centerplate erroneously sued as Centerplate, Inc. and Centerplate of Delaware, Inc. the Court finds good cause to grant the relief requested.

**IT IS HEREBY ORDERED** that the deadline for Centerplate's Opposition to Plaintiff's Motion to Remand, currently set for August 8, 2014, be rescheduled to August 15, 2014 and Plaintiff's Reply is now due August 22, 2014.

Dated: August 14, 2014                    _____
                                          HON. VINCE CHHABRIA
                                          SENIOR DISTRICT JUDGE